**People of the State of Illinois, Plaintiff-Appellee,
v. Darnell Newton, Defendant-Appellant.**

**Gen. No. 54,591.** ■

First District, Second Division.

July 21, 1970.

Gerald W. Getty, Public Defender of Cook County, of Chicago (George L. Lincoln and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; Edward V. Hanrahan, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Laurence J. Bolon, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE BURKE. **Not to be published in full.**